UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Lawrence Emeka Nwachukwu**

    **V.**

                        **CIVIL ACTION NO. 1:26-cv-11896-MJJ**


**Moniz et al**

                   **ORDER OF DISMISSAL**


**JOUN, D.J.**

    In accordance with the Court's Order dated May 4, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


May 4, 2026
                             /s/ Sophie Phillips
                             --------------------------
                             **Deputy Clerk**